UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TWILA M RUBENSTEIN,

Plaintiff,

v.

CHARLES F. KNAEBLE
VFW POST #494,

Defendant.

Civil No. 00-1981 (DSD/SRN)

**ORDER**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above captioned matter is before the undersigned United States Magistrate Judge on a motion by Plaintiff Twila Rubenstein for appointment of counsel to assist her in this matter.

In determining whether to appoint counsel in a civil matter, among the factors a Court considers are the factual complexity of the case, the ability of plaintiff to represent her claims, the complexity of the legal issues and whether both the plaintiff and the court would benefit from representation by counsel for both parties. Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986).

The Court finds that neither the facts nor the legal issues raised in this case are so complex as to warrant appointment of counsel. It appears to

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

this Court that Plaintiff Rubenstein has the threshold ability to articulate her claims and to argue her positions and is therefore capable of self-representation. The Court concludes that at this juncture, appointment of counsel would not substantially benefit the Court or Plaintiff. The Court has, however, referred Ms. Rubenstein to the Volunteer Lawyer's Network in an effort to help her obtain counsel. Accordingly, Plaintiff Rubenstein's motion for appointment of counsel (Doc. No. 2) is denied.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) Plaintiff's Motion for Appointment of Counsel (Doc. No. 2) is **DENIED.**

Dated: September 22, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge