UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Twila M. Rubenstein,**

**Plaintiff,**

**v.**

**Charles F. Knaeble VFW Post #494,**

**Defendants.**

**Civil No. 00-1981 (DSD/SRN)**

**AMENDED NOTICE OF SETTLEMENT CONFERENCE**

---

A settlement conference will be held in the above-referenced matter on **March 15, 2001, at 1:30 p.m.**, in Suite 242, Federal Building, 316 South Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson.

Counsel who will actually try the case and each party, armed with full settlement authority, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. If an insurance company is involved, the responsible agent must be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.

The parties have submitted the required confidential settlement letters to the Court.

DATED: February 2, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FEB 02 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK